Federal District Court
District of Massachusetts
Boston, MA. 02210
Oct. 30, 2024

George Kersey
　　Plaintiff

v.

Privacy Patrol
　　Defendant

Jury Trial Requested

# COMPLAINT

1. Defendant advised Plaintiff that Plaintiff has Claim # D2385173 for payment of reward dollars

2. Plaintiff 800-231-7599 to request payment of the reward dollars

3. Plaintiff's request was refused.

4. Defendant is located at 137 South Broadway, Suit B4, South Amboy NJ 08879.

5. Plaintiff has been damaged in the amount of $80,000 and asks for penctive damages of $80,000 making Plaintiff's total request equal $160,000.

Respectfully
George Kersey, ProSe

*George Kersey*

684 Newton Street
Chestnut Hill, MA.
02467
(518) 966-9690